The People of the State of Illinois ex rel. Biaggio Martino, appellee, v. City of Blue Island et al., appellants. Gen. No. 38,701.

Opinion filed November 10, 1936. Rehearing denied November 24, 1936.

W. Otto Wielgorecki, for appellants; Walter F. Briody, of counsel. Victor Frohlich, for appellee; Julius H. Selinger, of counsel.

Mr. Justice Friend delivered the opinion of the court.

Anthony Fortuna, administrator of the estate of Agnes Siwula, deceased, appellee, v. The Prudential Insurance Company of America, appellant. Gen. No. 38,711.

Opinion filed November 10, 1936.

Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. Edmund J. Szumnarski, for appellee.

Mr. Justice Friend delivered the opinion of the court.

Mary Teski, appellee, v. Continental Assurance Company, appellant. Gen. No. 38,725.

Opinion filed November 10, 1936.

George C. Bliss, for appellant. Milton H. and Edward W. Weiss, for appellee; Edward W. Weiss, of counsel.

Mr. Justice Friend delivered the opinion of the court.

Palace Live Poultry Car Company, appellee, v. Alex Getz, appellant. Gen. No. 38,734.

Opinion filed November 10, 1936.

Parker, Block, Clusman & Hague, for appellant. Chapman & Cutler, for appellee; Dayton Ogden, of counsel.

Mr. Justice Friend delivered the opinion of the court.